■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAZEL WRIGHT, Appellant.—Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on March 5, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Rubin, JJ.

■ In the Matter of EDWARD DOUGLAS HALPER, a Suspended Attorney.—Petition granted insofar as to refer the application to the Departmental Disciplinary Committee for the First Judicial Department for a hearing as indicated. Concur—Kupferman, J. P., Sullivan, Ross, Rosenberger and Smith, JJ.